## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Nomar R. Flores Malave, being duly sworn, do hereby make the following statement:

## BACKGROUND

1.  That I am employed as a Deportation Officer (hereafter referred to as DO) with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I have been employed with ICE since November 12, 2019. From January 2017 up to November 2019, I worked as Border Patrol Agent assigned to Eagle Pass Station, Texas, U.S. On November 12, 2019, I started working as a Deportation Officer at the ICE/ERO Miami Field Office. I am currently assigned to the Miami Field Office, and I am stationed at the San Juan, Puerto Rico sub-office. I have a total of five (5) years of training and experience in the enforcement of the immigration and naturalization laws of the United States. As part of my duties as an ICE officer, which requires me to identify, locate, apprehend, and remove aliens who are in violation of the Immigration and Nationality Act ("INA"). Furthermore, as an ICE Officer, I am assigned to conduct investigations of criminal violations of the immigration laws of the United States, including violations of Title 8 and Title 18 of the United States Code, and to ensure the removal of those aliens that have been found to be in the United States in violation of the immigration laws.

2.  This Affidavit is made in support of a Criminal Complaint seeking the issuance of an arrest warrant against TORRES-SORIANO, MICHAEL for a violation of Title 8, United States Code, Sections 1326(a) & (b)(2): Reentry of Removed Alien after an Aggravated Felony Conviction.

1

**INVESTIGATION**

3.  On October 15, 2025, ICE officers received information that, TORRES-SORIANO, MICHAEL was in the United States after been previously removed.  TORRES-SORIANO, MICHAEL is a national and citizen of the Dominican Republic and has been illegally living in Puerto Rico.  The following information is based on my investigation, the examination of TORRES-SORIANO, MICHAEL alien registration file also known as the "A" file, and a fingerprint comparison conducted using one of our databases.

4.  Database queries revealed that TORRES-SORIANO, MICHAEL had prior history of immigration violations.  These databases also revealed that TORRES-SORIANO, MICHAEL had alien file number A XXX-XXX-612 under the name of TORRES-SORIANO, MICHAEL. The A-file is the official, consolidated repository of all known ICE contacts with TORRES-SORIANO, MICHAEL. The file documents show that TORRES-SORIANO, MICHAEL is a native and citizen of the Dominican Republic.

5.  ICE officers also conducted a search of records through our information systems, which provides information concerning the receipt, adjudication, and notification process for applicants and petitioners of immigration benefits.  As a result, one record was found indicating that TORRES-SORIANO, MICHAEL was admitted on October 14, 2002, to the port of New York as a F43 Legal Permanent Resident.

6.  The databases revealed that on September 18, 2009, TORRES-SORIANO, MICHAEL pleaded guilty before the United States District Court for the District of New York to Importation of Heroin, in criminal case no. 08-400 (ENV), which is an aggravated felony.  On November 30, 2009, TORRES-SORIANO, MICHAEL was sentenced to 6 months of imprisonment and three years of Supervised Release by the US District Judge Eric N. Vitaliano.

7.  Databases and record checks further revealed that on March 26, 2010, TORRES-SORIANO, MICHAEL was issued a Notice to Appear. On June 16, 2010, TORRES-SORIANO, MICHAEL was ordered removed from the United States to the Dominican Republic by an Immigration Judge in York, PA. On July 14, 2010, TORRES-SORIANO, MICHAEL was removed from the United States to Dominican Republic through New Orleans, LA. On July 14, 2010, TORRES-SORIANO, MICHAEL was advised that he was prohibited from entering, attempting to enter, or being in the United States for a period of ten (20) years in accordance with the provisions of section 212 (a) (9) of the Immigration of Nationality Act.

8. On October 15, 2025, ICE Officers conducted a routine enforcement action, conducting a vehicle stop. The vehicle was registered to a person with undefined immigration status. TORRES-SORIANO, MICHAEL was riding on the passenger side. When ICE Officers approached TORRES-SORIANO, MICHAEL, he indicated that he was a "legal permanent resident.". ICE Officers conducted a quick preliminary inspection, which suggested he was a legal permanent resident. Believing he was indeed a legal permanent resident, TORRES-SORIANO was not detained. Afterwards, a more detailed inspection was conducted by ICE Officers which revealed his 2009 drug trafficking conviction and 2010 removal from the United States. That is, TORRES-SORIANO is an illegal alien whose legal permanent resident status was terminated when an Immigration Judge issued the 2010 removal order. Another attempt was made to contact TORRES-SORIANO, MICHAEL, but he had already left the scene.

9.  On October 16, 2025, as per my request, the US Citizenship, and Immigration Services Office (CIS) in San Juan, Puerto Rico, initiated queries based on my request of a Certificate of Non-existence relating TORRES-SORIANO, MICHAEL file number: AXXX-XXX-612. The records revealed that TORRES-SORIANO had no pending petition with CIS.

10.  TORRES-SORIANO, MICHAEL last reentered the United States on an unknown date, time, and location without inspection. TORRES-SORIANO, MICHAEL was found in the United States after having been previously removed, without first obtaining the consent to enter the United States from the Attorney General or the Secretary of Homeland Security.

11.  I have investigated and found no evidence that TORRES-SORIANO, MICHAEL has ever requested or has been granted permission by the Attorney General or the Secretary of Homeland Security to reenter to the United States after his removal. TORRES-SORIANO, MICHAEL does not have any immigration documents allowing him to enter and/or remain in the United States legally and was not inspected, admitted, or paroled into the United States by an Officer of the U.S. Customs and Border Protection.

12. Based on my training, experience, discussions with other law enforcement officers, participation in this and other investigations, and based on the facts revealed in this investigation, I declare that the foregoing is true and correct to the best of my knowledge and the information obtained in furtherance of this investigation and that based on the same, there is probable cause to believe that TORRES-SORIANO, MICHAEL has violated Title 8, United States Code, Section 1326(a) & (b)(2).


[intentionally left in blank]

Nomar R. Flores Malave
Deportation Officer
U.S. Immigration and Customs Enforcement
Enforcement and Removal Operations

Sworn pursuant to FRCP 4.1 at 7:39PM by telephone this 17th day of October, 2025, in San Juan, Puerto Rico.

Honorable Marcos E. López
United States Magistrate Judge